# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KELLEY TAYLOR, APRIL USERY, ) <br> and TAYLOR WALLACE ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> CLAMORE IX, LLC ) <br> ) <br> Defendant. ) | Case No. _____ |

## JOINT PETITION FOR ORDER APPROVING RESOLUTION OF FLSA CLAIMS

Kelley Taylor, April Usery, and Taylor Wallace ("Plaintiffs") and Clamore IX, LLC ("Defendant") (collectively "Petitioners") jointly petition this Court for an Order approving a Settlement Agreement which waives Plaintiffs' claims under the Fair Labor Standards Act of 1938, 29 U.S.C. §201, *et. seq.* ("FLSA"), against Defendant. In support of this Petition, Petitioners state that the resolution is a fair and reasonable compromise over issues that were actually in dispute, and was achieved without litigation but in an adversarial context through negotiations by attorneys who were well equipped to protect each party's rights.

In further support of this Petition, Petitioners file a memorandum of law contemporaneously herewith.

Respectfully submitted this 9th day of August 2021.

| | |
|---|---|
| */s/Matthew K. Handley* <br> Matthew K. Handley, Esq. <br> (DC BPR No. 489946) <br> **HANDLEY FARAH & ANDERSON PLLC** <br> 200 Massachusetts Ave. NW, 7th Floor <br> Washington, DC 20001 <br> Telephone: (202) 559-2411 <br> E-mail: mhandley@hfajustice.com <br> *Attorney for Plaintiffs* | */s/Timothy L. Mickel* <br> Timothy L. Mickel, Esq. <br> (Georgia Bar No. 750605) <br> **EVANS HARRISON & HACKETT PLLC** <br> One Central Plaza <br> 835 Georgia Avenue, Suite 800 <br> Chattanooga, TN 37402 <br> Telephone: (423) 648-7890 <br> E-mail: tmickel@ehhlaw.com <br> *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of August 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may gain access to this filing through the Court's electronic filing system.

      Matthew K. Handley, Esq.
**HANDLEY FARAH & ANDERSON PLLC**
200 Massachusetts Ave. NW, 7th Floor
Washington, DC 20001
E-mail:mhandley@hfajustice.com


      */s/Timothy L. Mickel*
      Timothy L. Mickel