Robert L. Bowman | Kramer Rayson LLP | Knoxville, Tennessee



Robert L. Bowman is an extremely qualified, experienced, and effective trial attorney whose practice areas are Employment and Labor and Local Government and Public Utilities. He is recognized by Best Lawyers in America and Mid-South Super Lawyers in the Employment and Labor practice area. Mr. Bowman has over 20 years of experience and is a Rule 31 Listed General Civil Mediator. He represents Fortune 500 companies as well as small business owners in complex litigation involving employment discrimination, Fair Labor Standards Act, non-competition, and trade secret issues. He also represents numerous quick-serve restaurant franchisees across the entire State of Tennessee and a cellular telephone retailer throughout the United States.

Helping his clients resolve their issues in a cost-effective and timely manner is one of Mr. Bowman's most important goals, while simultaneously providing a high degree of quality legal work. When representing a client, he looks for solutions and paths to prompt dismissal or summary judgment of the lawsuit. Employment Law is a constantly changing and challenging arena, and he is adept at keeping his clients proactively informed about laws that help protect their business interests.

Mr. Bowman has successfully tried numerous jury and non-jury cases involving a wide range of issues and industries in state circuit and chancery courts and federal district courts. He has handled cases on appeal in all state and federal appellate courts. In one such instance, he successfully defended in the Tennessee Court of Appeals and Supreme Court an award of summary judgment to an employer accused of retaliation.

His important areas of focus within his Employment and Labor practice include:

- Litigating employment discrimination, retaliation, and Fair Labor Standards Act cases, including class and collective action cases

**EXHIBIT F**

- Defending throughout the country employment discrimination charges filed with the Equal Employment Opportunity Commission (EEOC)and overtime complaints filed with the Department of Labor
- Providing daily employment law advice and feedback to clients
- Providing training, as necessary, to his clients on Employment Law related topics
- Arbitrating employment claims
- Litigating Non-Competition Agreements and Trade Secret Cases

His Local Government and Public Utilities practice includes:

- Litigating Open Records Act lawsuits
- Reviewing contracts
- Giving daily advice and feedback on zoning and planning issues
- Interpreting statutory law applicable to local governments

His Professional Liability practice includes:

- Defending manifold professional negligence claims
- Litigating claims on behalf of mortgage brokers, title examiners, and bookkeepers
- Advising engineers and other professionals on contract issues

Many of Mr. Bowman's cases have involved multiple plaintiffs; for example, he defended a municipality in a Fair Labor Standards Act case involving over 70 plaintiffs and played a significant role by handling discovery, drafting a dispositive motion, and negotiating a favorable settlement for his client. He defended a multi-national mining company in several counties in East Tennessee which had 125 separate employee benefits cases pending against it. Mr. Bowman has also defended several class and collective action overtime cases brought against quick-serve restaurants and retailers.

He recently represented a national school photography company in a non-competition and trade secrets lawsuit and obtained a verdict for compensatory damages of over $530,000, plus punitive damages, in his client's favor against the defendants, a former salesperson and his new employer.

Mr. Bowman was successful in getting a 2007 sexual harassment case dismissed on summary judgment, with the result of sanctions and costs entered against the plaintiff and her counsel, during his representation of the owner and president of an East Tennessee textile company.

He defended a lawsuit brought by a former manager against a convenience store chain who claimed that the company provided materially false information about the employee in a reference check from a prospective employer. Mr. Bowman was able to have the case dismissed on summary judgment due to the fact that the plaintiff had given a release encompassing his client.

Mr. Bowman recently defended a quick-serve restaurant that was accused of racial harassment by multiple employees and was successful at having the claims dismissed. He was instrumental in implementing training procedures for his client to use to help prevent similar future claims.

## Areas Of Practice

Employment and Labor Law
Local Government and Public Utilities

## Bar Admissions

Tennessee, 1995
U.S. Court of Appeals 6th Circuit, 1996
U.S. District Court Eastern District of Tennessee

U.S. District Court Middle District of Tennessee

U.S. District Court Western District of Tennessee

## Education

**University of Tennessee College of Law**, Knoxville, Tennessee

- J.D.
- Honors: *cum laude*
- Major: Order of the Coif
- Major: Moot Court Board Member

**University of Tennessee**

- B.A.
- Honors: With Honors
- Major: Political Science

## Representative Cases

*Mitchell v. Superior Steel, Inc., 2015 U.S. Dist. LEXIS 155844 (E.D. Tenn. Nov. 17, 2015)*

*Adkins v. Restaurant Management Group, LLC, 2012 U.S. Dist. LEXIS 23830 (E.D. Tenn. Feb 23, 2012)*

*Brumbalough v. Camelot Care Centers, Inc., 427 F.3d 996 (6th Cir. 2005)*

*Cross Mountain Coal, Inc., v. Ward, 93 F.3d 211 (6th Cir. 1996)*

## Classes/Seminars

"Work Arrangements that (actually) Work" Kramer Rayson LLP Employment Law Seminar, Knoxville 2015

"Employee Misclassification" Kramer Rayson LLP Employment Law Seminar, Knoxville 2013

"The Wage and Hour Investigators Are Coming, Be Prepared" Kramer Rayson LLP Employment Law Seminar, Knoxville 2010

"Public Employers' New and Unique Issues" Kramer Rayson LLP Employment Law Seminar, Knoxville 2009

"Lessons Learned From Bad Facts, Behavior and Decisions" Kramer Rayson LLP Employment Law Seminar, Knoxville 2008

"How to Deal With a Department of Labor Wage Hour Audit" Kramer Rayson LLP Employment Law Seminar, Knoxville 2007

"Selecting the Best Employees Within the Law" Kramer Rayson LLP Employment Law Seminar, Knoxville 2005

"Retaliation Claims: How to Avoid Winning the Battle and Losing the War" Kramer Rayson LLP Employment Law Seminar, Knoxville 2004

## Honors and Awards

Best Lawyers in America, Labor and Employment Law – Management and Mid-South Super Lawyers, Employment and Labor

Fellow, Knoxville Bar Foundation 2015 Inductee

Tennessee Supreme Court Rule 31 Listed General Civil Mediator

Greater Knoxville Business Journal - "Top 40 Under 40" Business Leaders in East Tennessee

City View - 2009-2019 Top Attorney Awards for Class Action, Labor & Employment, Federal Court Practice, Constitutional/Civil Rights or General Civil Litigation

AV rating in Martindale-Hubbell

## Professional Associations and Memberships

Tennessee Chamber of Commerce & Industry Political Action Committee , Board of Directors

Knoxville Bar Association, Fellow, 2015

Tennessee Bar Association

American Bar Association

National Eagle Scout Association

Management Committee Member, Kramer Rayson LLP, 2010 - Present

Claims & Litigation Management Alliance

Tennessee Bar Association, East Tennessee Delegate to the Executive Committee of the Labor and Employment Law Section, 2010 - Present

Tennessee Bar Association, Leadership Law Class of 2010

Chairman of the Board of Directors of Child and Family of Tennessee

## Past Employment Positions

Minority Floor Leader of the Tennessee House of Representatives, Legislative Aid

## Civic/Community Involvement

Serving as a Vestryman and Assistant Lead Usher for St. John's Cathedral

Advisor to the Sportsmen's Wildlife Foundation

# EVANS HARRISON HACKETT PLLC
*Attorneys at Law*



## TIMOTHY L. MICKEL

Member of the Firm
Direct Dial: (423) 648-7858
Email: tmickel@ehhlaw.com

Over his career, Tim Mickel has represented a diverse spectrum of individual and corporate clients in contract and commercial litigation, construction law, insurance law, health care litigation, products liability and tort litigation, employment law and other areas. He has represented a number of national and regional banks and financial institutions in complex special assets work, commercial litigation and lender liability matters. Tim has also represented national insurers in both Employee Retirement Income Security Act (ERISA) and contractual coverage disputes involving group disability and credit life and disability insurance policies. Tim's experience also includes representing manufacturing clients in claims involving toxic torts and alleged exposure to asbestos and other toxic substances. He has represented these same types of clients at both the trial and appellate levels.

While a significant portion of his practice has been devoted to litigation, Tim's experience and talent are much broader. He has a vast background in representing product manufacturers, including the negotiation of purchase and sale and other related agreements. He has also advised clients with respect to consumer and commercial warranty issues. He also has counseled clients in respect to construction contracts and other agreements related to site development and improvement.

**Practice Areas:**

General Business Litigation
Appellate
Construction & Design
Healthcare Litigation
Insurance Litigation
Labor & Employment

**Education:**

J.D., University of Tennessee College of Law, 1995;
B.A., Classics and Economics, Vanderbilt University, cum laude, 1992

**Admissions:**

Tennessee (1995)
Georgia (2006)

**Clerkships:**

Law Clerk, The Hon. David R. Farmer, Tennessee Court of Appeals, 1995-1996
Law Clerk, The Hon. Holly M. Kirby, Tennessee Court of Appeals, 1995-1996

**Legal Associations:**
Tennessee Supreme Court Advisory Commission on the Rules of Practice and Procedure
American Health Lawyers Association
Chattanooga Bar Association, Board of Governors 2009 – 2016; President, 2014; Chattanooga Bar Fellow, 2015-Present
Federal Bar Association
The Justices Ray L. Brock Jr. and Robert E. Cooper American Inn of Court, member, 2008-present; President, 2013-2014
State Bar of Georgia
Tennessee Bar Association House of Delegates, 2015 - Present, Leadership Law Class, 2010

**Civic Organizations:**
American Red Cross of the Greater Chattanooga Area, Board of Directors, 2002-2008; Chair, 2006-2007
Bachman Center Council, Board of Directors, 2015–Present, Chair - 2016
Kiwanis Club of Chattanooga, 2005-present

**Honors and Awards:**

Martindale-Hubbell® AV® Preeminent ™ Peer Review Rating
Award for Academic Excellence, Representing Enterprises

Caring Samaritan Award, American Red Cross of the Greater Chattanooga Area, 2008.
Case 4:21-cv-00152-MHC   Document 3-7   Filed 08/09/21   Page 8 of 11

# Matthew Handley

## Education

- University of Texas School of Law, J.D., *high honors*, 2002
- Princeton University, B.S.E., 1997

## Clerkship

- Law clerk for Judge William Wayne in the U.S. District Court for the Western District of Texas

## Awards

- 2018 Finalist for Public Justice's Trial Lawyer of the Year
- Selected as a Super Lawyer "Rising Star" (2013)
- 2009 Advocate of the Year – Human Rights Organisation of Nepal

## Admissions

- District of Columbia
- New York
- U.S. District Court for the District of Columbia
- U.S. District Court for the District of Maryland
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York
- U.S. Court of Appeals for the Second Circuit

Matthew Handley is a founding partner at Handley Farah & Anderson. For more than fifteen years, Mr. Handley has dedicated his legal career to securing justice for victims of corporate and government wrongdoing. He has successfully litigated individual and class action cases in courts around the country. The cases brought by Mr. Handley have returned millions of dollars to people injured and exploited by corporations and governments.

In the course of his legal career, Mr. Handley has principally pursued cases that have championed three categories of rights: worker rights, civil rights and investor rights.

As a lawyer for workers, Mr. Handley has pursued more than one hundred cases against corporations that have refused to pay lawful wages or required benefits to their employees. Domestically, he has represented workers across a range of industries—from construction to restaurant to janitorial services—who were systematically denied the minimum wage, overtime pay or lawful benefits. Additionally, he has represented workers victimized by a conspiracy to fix and depress wages in violation of the antitrust laws.

Mr. Handley has also represented workers around the world who have been exploited by corporations intent on placing profits above the safety and well-being of their employees. This work has included representing foreign workers who were trafficked, injured or killed while working for U.S. contractors or subcontractors abroad.  Mr. Handley's work on behalf of trafficked workers is featured prominently in the 2018 book, *The Girl from Kathmandu, Twelve Dead Men and a Woman's Quest for Justice*, by award-winning journalist Cam Simpson. As part of his anti-trafficking advocacy, Mr. Handley has appeared before the United Nations Human Rights Council arguing for stronger protections for the segment of the global workforce that is most vulnerable to trafficking abuses.

As a civil rights lawyer, Mr. Handley has pursued cases that have targeted all forms of discrimination, including employment discrimination, housing discrimination, disability discrimination and police misconduct. During his career, Mr. Handley has litigated some of the most impactful civil rights cases in the country. He has represented blind employees who were denied equal access to government services, educational facilities and technologies; tenants who were denied housing based on their race and lawful source of income; persons who were denied employment based on racially or sexually discriminatory policies and practices; and persons with disabilities who were denied access to restaurants and other places of public accommodation. These cases have recovered millions of dollars for the victims of discrimination and changed the policies and practices that gave rise to the cases.

In pursuing these civil rights cases, Mr. Handley has often collaborated with and represented nonprofit organizations committed to exposing and eliminating unlawful discrimination. Mr. Handley has also been a frequent advocate before city councils and state legislatures for the expansion of civil rights protections in the workplace, testifying in support of stronger civil rights protections for the most vulnerable members of our communities.

Finally, as a securities lawyer, Mr. Handley has litigated national cases against publicly-traded corporations that defrauded thousands of investors with false and misleading statements. He has worked on multiple securities class actions that recovered hundreds of millions of dollars for investors, including pensions funds, mutual funds and individuals.

Prior to founding Handley Farah & Anderson, Mr. Handley was the Director of Litigation at the Washington Lawyers' Committee for Civil Rights and Urban Affairs, one of the nation's preeminent civil rights non-profit law firms, where he directed the Committee's active litigation docket. Prior to joining the Committee, Mr. Handley was a partner at the law firm of Cohen Milstein Sellers & Toll, one of the most respected firms in the country fighting against corporate abuses. Before joining Cohen Milstein Sellers & Toll, Mr. Handley was a litigation associate at the law firm of Covington & Burling.

Mr. Handley graduated from Princeton University in 1997 with a degree in civil engineering. He subsequently joined the Peace Corps as a volunteer in Nepal, where he served for two years as a rural construction engineer.  When he returned to the United States, he earned his law degree at the University of Texas School of Law in 2002. After graduating from law school, he served as a law clerk for the Honorable William Wayne Justice, United States District Judge for the Western District of Texas.

Mr. Handley was a 2018 Finalist for Public Justice's Trial Lawyer of the Year. He was named Advocate of the Year by the Human Rights Organization of Nepal. He has been recognized by Super Lawyers magazine as a Rising Star.

He lives in Takoma Park, Maryland with his wife and two children.

**Notable Cases**

• *Stanley, et al. v. Barbri* (N.D. Tex.): A disability rights case that successfully compelled the country's leading bar exam preparation course to make its on-line course accessible to blind students.

• *Little, et al. v. Washington Metro Area Transit Authority* (D.D.C.): A class action on behalf of thousands of African American applicants for employment at Washington DC's mass transit system who were rejected because of a racially discriminatory criminal record screening policy. The case resulted in a policy change and a $6.5 million fund to compensate victims.

• *Equal Rights Center v. Archstone* (D. Md.) and *Equal Rights Center v. Equity Residential* (D. Md.)*:* Fair Housing Act cases litigated on behalf of a disability-rights organization alleging that housing developers failed to design and construct housing accessible to the disability community. The case resulted in thousands of apartment units across the country being made accessible.

• *Adhikari et al. v. Daoud*; *Lama v. Blue Marine Services*; *Dahal v. Supreme Food Services* (OALJ): Cases brought on behalf of foreign workers who were trafficked, injured or killed while working for U.S. contractors or subcontractors abroad, returning millions of dollars to victims and their families.

• *American Council of the Blind, et al. v. General Services Administration* (D.D.C)*:* A disability rights case that compelled the U.S. government agency in charge of accessibility to make its own website portal accessible to thousands of blind government contractors.

• *Ayala, et al. v. Tito Contractors* (D.D.C): A wage theft collective action returning over half a million dollars to construction workers denied lawful wages by their employer.

• *Jien et al v. Perdue Farms, Inc. et al* (D.M.D): A pending antitrust class action alleging that the leading poutltry producers conspired to depress the wages of processing plant workers in violation of the Sherman Act.

• *Burrell et. al. v. Lackawanna County et. al* (M.D. Pa): A pending collective and class action alleging that civilly-detained debtors were forced to work at a private recycling center, in violation of RICO and both federal and Pennsylvania minimum wage laws.